HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
NICHOLAS DELT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS DELT,<br><br>Defendant. | Case No. 1:17-cr-00199-DAD-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER**<br><br>Date: August 27, 2018<br>Time: 1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Nicholas Delt, that the status conference currently scheduled for July 23, 2018, at 1:00 p.m. may be continued to August 27, 2018, at 1:00 p.m.

The parties are approaching a resolution in this matter and are requesting one further status conference. Further, additional time is needed to edit the current indictment to remove a listed predicate offense to Count 1. The requested continuance is made at the request of the parties, is for the parties' convenience, and is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18

| | |
|---|---|
| 1 | U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). |
| 2 | |
| 3 | Respectfully submitted, |
| 4 | McGREGOR W. SCOTT<br>United States Attorney |
| 5 | |
| 6 | Date: July 18, 2018    /s/ Ross Pearson |
| 7 | ROSS PEARSON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| 8 | |
| 9 | HEATHER E. WILLIAMS<br>Federal Defender |
| 10 | |
| 11 | Date: July 18, 2018    /s/ Reed Grantham |
| 12 | REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant |
| 13 | NICHOLAS DELT |

**O R D E R**

**IT IS SO ORDERED THAT** the 4th Status Conference currently scheduled for July 23, 2018, at 1:00 p.m. is hereby continued to August 27, 2018, at 1:00 p.m. before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **July 18, 2018**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE