FILED
SEP 17 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>NICHOLAS LANCE DELT<br><br>_Defendant_ | ) ) ) ) ) )<br>Case No. 1:17-cr-00199-DAD-BAM |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/12/18

_Defendant's signature_ 9-6-18

_Signature of defendant's attorney_

Reed Grantham
_Printed name of defendant's attorney_

_Judge's signature_

Hon. Dale A. Drozd. U.S. District Judge
_Judge's printed name and title_