| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | NICHOLAS DELT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00199-DAD-BAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING; ORDER** |
| vs. | ) | Date: February 25, 2019 |
| | ) | Time: 10:00 a.m. |
| NICHOLAS DELT, | ) | Judge: Hon. Dale A. Drozd |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Nicholas Delt, that the sentencing hearing currently scheduled for January 9, 2019, be continued to February 25, 2019, at 10:00 a.m.

On September 17, 2018, this matter was set for sentencing on January 7, 2019, at 10:00 a.m. On November 6, 2018, the January 7, 2019 sentencing date was moved by the Court via minute order to January 9, 2019, at 10:00 a.m. Defense counsel currently has a trial scheduled before the Honorable Lawrence J. O'Neil on January 8, 2019, at 8:30 a.m. Defense counsel estimates that the trial will continue until January 11, 2019. Defense counsel has informed the government of the conflict and the parties are in agreement that the sentencing hearing currently

set for January 9, 2019, be continued to February 25, 2019, at 10:00 a.m. The requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: November 30, 2018      */s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 30, 2018      */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
NICHOLAS DELT

## O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Wednesday, January 9, 2019 at 10:00 a.m. before the Honorable Dale A. Drozd be continued to Monday, February 25, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **November 30, 2018**      *[signature: Dale A. Drozd]*
UNITED STATES DISTRICT JUDGE