HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NICHOLAS DELT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS DELT,<br><br>Defendant. | Case No. 1:17-cr-00199-DAD-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>Date: April 1, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Nicholas Delt, that the sentencing hearing currently scheduled for February 25, 2019, be continued to April 1, 2019, at 10:00 a.m.

This matter was previously set for sentencing on January 7, 2019, at 10:00 a.m. On November 6, 2018, the January 7, 2019 sentencing date was moved by the Court via minute order to January 9, 2019, at 10:00 a.m. Due to a scheduling conflict related to the new date, the matter was re-set for February 25, 2019. Defense counsel recently learned that Mr. Delt's wife is due to give birth to the couple's fourth child in mid-to-late February. Defense counsel has communicated this information to government counsel who has indicated that the government does not object to continuing the sentencing in this matter until April 1, 2019. Such a date is a mutually agreeable

date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

>Respectfully submitted,
>
>McGREGOR W. SCOTT
>United States Attorney

Date: January 30, 2018               */s/ Ross Pearson*
                                     ROSS PEARSON
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                                     HEATHER E. WILLIAMS
                                     Federal Defender


Date: January 30, 2019               */s/ Reed Grantham*
                                     REED GRANTHAM
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     NICHOLAS DELT

# **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, February 25, 2019 at 10:00 a.m. before the Honorable Dale A. Drozd be continued to Monday, April 1, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 30, 2019**                    _____
                                               UNITED STATES DISTRICT JUDGE