HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
NICHOLAS DELT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00199-DAD-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | Date: May 6, 2019 |
| NICHOLAS DELT, | Time: 10:00 a.m. |
| Defendant. | Judge: Honorable Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Monday, April 1, 2019, at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, May 6, 2019 at 10:00 a.m.

The parties wish to continue sentencing in this matter at the request of defense counsel, to allow additional time for the preparation of sentencing materials on Ms. Delt's behalf and for the purpose of allowing additional time for mitigation investigation. Defense counsel is preparing a sentencing video to submit in advance of the sentencing hearing which will require some additional time to complete. A continuance to May 6, 2019, will therefore allow for the formal objections to the PSR to be lodged and for mitigation evidence to be collected, organized, and presented to the Court in advance of sentencing. Such a date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

The parties further stipulate to the following amended presentence schedule:

- Formal Objections Filed with Court and Served on Probation and Opposing Counsel: April 22, 2019.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: March 18, 2019      */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
NICHOLAS DELT

MCGREGOR SCOTT
United States Attorney

DATED: March 18, 2019      */s/ Ross Pearson*
ROSS PEARSON
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, April 1, 2019, at 10:00 a.m., before the Honorable Dale A. Drozd, be continued to Monday, May 6, 2019, at 10:00 a.m. The presentence schedule shall be amended as set forth

IT IS SO ORDERED.

Dated:    **March 19, 2019**                              
UNITED STATES DISTRICT JUDGE