McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:17-CR-00199-DAD-BAM |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| NICHOLAS LANCE DELT, | |
| Defendant. | |

WHEREAS, on September 24, 2018, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Nicholas Lance Delt in the following property:

    a. Ruger SR9 9mm semi-automatic pistol, and associated magazines and ammunition.

AND WHEREAS, beginning on September 29, 2018, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

///

AND WHEREAS, the United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

    a.    Kai Phan: A notice letter was sent via certified mail to Kai Phan at his last-known address of 1868 W. Admiral Lane, Anaheim, CA 92801-1775 on March 13, 2019. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on March 21, 2019.

AND WHEREAS, the Court has been advised that Kai Phan has not filed a claim to the subject property and the time for him to file a claim has expired.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Nicholas Lance Delt and Kai Phan.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **May 9, 2019**

_____
UNITED STATES DISTRICT JUDGE