| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664<br>Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>NICHOLAS DELT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00199-DAD-BAM |
| Plaintiff, | **STIPULATION TO ADVANCE SURRENDER DATE; ORDER** |
| vs. | |
| NICHOLAS DELT, | Judge: Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties hereto, and through their respective attorneys of record, that the surrender date for Nicholas Delt, to the United States Bureau of Prisons to commence service of his term of incarceration, may be advanced to no later than 2:00 p.m., on Friday, June 14, 2019. The current surrender date is Wednesday, July 10, 2019. All other conditions of Mr. Delt's release shall remain in full force and effect.

Mr. Delt wishes to begin serving his term of incarceration in advance of the current July 10, 2019 date. Undersigned counsel has informed the United States Marshals Office of Mr. Delt's request. The government has no objection to this request.

//

//

//

//

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | DATED: May 14, 2019 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>NICHOLAS DELT |
| 7 |  | MCGREGOR SCOTT<br>United States Attorney |
| 9 | DATED: May 14, 2019 | */s/ Ross Pearson*<br>ROSS PEARSON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

**IT IS SO ORDERED.** The date for Nicholas Delt to surrender to the United States Bureau of Prisons, or if no institution has been designated to the U.S. Marshal's Office in Fresno, for service of his term of incarceration is hereby advanced from July 10, 2019, to June 14, 2019, at no later than 2:00 p.m. All other conditions of Mr. Delt's release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: __**May 14, 2019**__      _____
UNITED STATES DISTRICT JUDGE